IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

PHILIP MORRIS USA INC. AND
R.J. REYNOLDS TOBACCO
COMPANY,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

    Appellants/Cross-Appellees,

v.

CASE NO. 1D14-2623
**CORRECTED PAGES: pg 2**
**CORRECTION IS UNDERLINED IN RED**
**MAILED: February 03, 2016**
**BY: NMS**

GLORIA BOWDEN, AS
PERSONAL
REPRESENTATIVE OF THE
ESTATE OF WILLIAM
BOWDEN, JR.,

    Appellee/Cross-Appellant.

_____/

Opinion filed February 2, 2016.

An appeal from the Circuit Court for Duval County.
Frederick B. Tygart, Judge.

Geoffrey J. Michael of Arnold & Porter LLP, Washington, DC; Connor J. Sears and Megan M. Egli of Shook, Hardy & Bacon L.L.P., Kansas City, MN; Kenneth J. Reilly, Eileen Tilghman Moss, William P. Geraghty, and Rachel A. Canfield of Shook, Hardy & Bacon L.L.P., Miami; James B. Murphy, Megan E. Flatt, and Razvan Axante of Shook, Hardy & Bacon L.L.P., Tampa; and Dana G. Bradford, II, of Smith, Gambrell & Russell, LLP, Jacksonville, for Appellee/Cross-Appellant Philip Morris USA Inc.

Charles R.A. Morse of Jones Day, New York, NY; John F. Yarber and Edward M. Carter of Jones Day, Atlanta; Robert B. Parrish and David C. Reeves of Moseley, Prichard, Parrish, Knight & Jones, Jacksonville for Appellee/Cross-Appellant R.J.

Reynolds Tobacco Company.

John S. Mills and Courtney Brewer of The Mills Firm, P.A., Tallahassee; David J. Sales of David J. Sales, P.A., Jupiter; Rodney W. Smith, Mark Avera, and Dawn M. Vallejos-Nichols of Avera Smith, LLP, Gainesville; and Eric L. Leach and Joshua A. Whitman of Milton, Leach, Whitman, D'Andrea & Eslinger, P.A., Jacksonville, for Appellee/Cross-Appellant.

PER CURIAM.

AFFIRMED.

ROBERTS, C.J., THOMAS and WINOKUR, JJ., CONCUR.

2